Michael Clark 08656-095
Name and Prisoner Number/Alien Registration Number

USP Tucson
Place of Confinement

PO Box 24550
Mailing Address

Tucson AZ 85734
City, State, Zip Code

```
☑ FILED       ___ LODGED
___ RECEIVED  ___ COPY

    JAN 17 2023

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____ DEPUTY
```

(Failure to notify the Court of your change of address may result in dismissal of this action.)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Michael Stanley Clark                    )
(Full Name of Petitioner)                )
                                         )
                    Petitioner,          )   CASE NO. CV-23-32-TUC-JGZ--LCK
                                         )   (To be supplied by the Clerk)
          vs.                            )
                                         )
Unknown Warden USP Tucson                )   PETITION UNDER 28 U.S.C. § 2241
(Name of Warden, Jailor or authorized person ) FOR A WRIT OF HABEAS CORPUS
having custody of Petitioner)            )   BY A PERSON IN FEDERAL CUSTODY
                                         )
                    Respondent.          )
_____)

### PETITION

1. What are you challenging in this petition?
   ☐ Immigration detention
   ☐ Bureau of Prisons sentence calculation or loss of good-time credits
   ☐ Probation, parole or supervised release
   ☑ Other (explain): Violation of Amendment VIII U.S. Constitution specifically delay of access to 'routine dental care'.

2. (a) Name and location of the agency or court that made the decision you are challenging: _____
   Bureau of Prisons Washington D.C.

   (b) Case or opinion number: 1093038-A2

   (c) Decision made by the agency or court: Denied my request to receive 'routine dental care' in a timely fashion

Revised 3/9/07                           1                                        **530**

(d) Date of the decision: October 12, 2022

3. Did you appeal the decision to a higher agency or court?   Yes ☐   No ☑

If yes, answer the following:

(a) First appeal:

    (1) Name of the agency or court: N/A

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(b) Second appeal:

    (1) Name of the agency or court: N/A

    (2) Date you filed: _____

    (3) Opinion or case number: _____

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(c) Third appeal:

    (1) Name of the agency or court: N/A

    (2) Date you filed: _____

2

  (3) Opinion or case number: _____

  (4) Result: _____

  (5) Date of result: _____

  (6) Issues raised: _____

_____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

4. If you did not appeal the decision to a higher agency or court, explain why you did not: I completed the Administrative Remedy Process, this court is the next step as allowed by law.

5. Other than the appeals listed above, have you filed any other petitions, applications or motions concerning the issues raised in this petition?  Yes ☐  No ☑

 If yes, answer the following:

 (a) Name of the agency or court: NA

 (b) Date you filed: _____

 (c) Opinion or case number: _____

 (d) Result: _____

 (e) Date of result: _____

 (f) Issues raised: _____

_____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

6. For this petition, **state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.** Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

 **CAUTION:** <u>To proceed in the federal court, you must ordinarily first exhaust (use up) your available administrative remedies on each ground on which you request action by the federal court.</u>

GROUND ONE: The up to 10 year wait to receive 'routine dental care' at this institution (USP Tucson) violates the US Constitution's prohibition against cruel and unusual punishment.

(a) Supporting FACTS (Do not argue or cite law. Just state the specific facts that support your claim.):
I came to USP Tucson in 2018. In 2018 I requested to be placed on the routine care list. It is now 2023 and I'm told by dental staff I am still years away from being treated.

In the interim the Dental Services offer only extractions, of which I've had several. I'm now on a medically approved 'Dental Soft' diet due to my inability to masticate caused by the missing teeth, that couldn't be repaired because of my low ranking on the National Routine Care List.

The Dentist has prescribed partial and dentures, but informs me I'm not eligible, though I have a medical need for them, due to my placement on the list.

I've been waiting 5 years already and am told it will likely be another 5 years before I can receive routine dental care.

(b) Did you exhaust all available administrative remedies relating to Ground One?   Yes ☑  No ☐

(c) If yes, did you present the issue to:
  ☐ The Board of Immigration Appeals
  ☐ The Office of General Counsel
  ☐ The Parole Commission
  ☑ Other: Bureau of Prisons General Counsel

(d) If you did not exhaust all available administrative remedies relating to Ground One, explain why:

4

Please answer these additional questions about this petition:

7. Are you challenging your conviction or sentence in any of the grounds raised above? Yes ☐   No ☑
(Claims challenging a federal conviction or sentence may only be raised in a motion under 28 U.S.C. § 2255, unless the § 2255 motion is legally inadequate or ineffective.)

   If yes, answer the following:

   (a) Have you filed a motion under 28 U.S.C. § 2255?   Yes ☐   No ☐

   If yes, answer the following:

   (1) Name of court: _____

   (2) Case number: _____

   (3) Opinion or case number: _____

   (4) Result: _____

   (5) Date of result: _____

   (6) Issues raised: _____
   _____
   _____

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

   (b) Explain why the remedy under § 2255 is inadequate or ineffective: I believe a 2241 is proper for a violation of 8th amendment as I'm not challenging my sentence but the way that it is being carried out.
   _____

8. If this case concerns immigration removal proceedings, answer the following:

   (a) Date you were taken into immigration custody: N/A

   (b) Date of removal or reinstatement order: N/A

   (c) Did you file an appeal with the Board of Immigration Appeals?   Yes ☐   No ☐

   (1) Date you filed: N/A

   (2) Case number: N/A

8

(3) Result: __NA__

(4) Date of result: _____

(5) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

(d) Did you file an appeal with the federal court of appeals?   Yes ☐   No ☐

(1) Name of the court: __NA__

(2) Date you filed: _____

(3) Case number: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision.**

9. Petitioner asks that the Court grant the following relief: Order USP Tucson to provide routine dental care in a timely (less than 5 year) manner or have them pay for and send me to an outside (community) provider if they are unable to do so.

or any other relief to which Petitioner may be entitled. (Money damages are not available in habeas corpus cases.)

I declare under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on Jan 9 2023 (month, day, year).

_____
Signature of Petitioner

_____   _____
Signature of attorney, if any     Date

9